# **EXHIBIT 1**



PO BOX 2577
OMAHA, NE 68103-2577

16101 (331) 017170045025

FORTUNO JEANFORT

August 3, 2023

## Important information about your account(s)

Dear Fortuno,

### Notice of Data Breach

We're providing information about a security incident that involved some of your personal information. In this letter, we outline what has occurred, the steps we've taken to protect your information, and additional steps you can take to ensure your information is further protected.

### What happened?

On May 30, 2023, we became aware of a security incident involving MOVEit Transfer, a software application historically used by TD Ameritrade, Inc. ("TD Ameritrade"), a subsidiary of the TD Ameritrade Holding Corporation, to share files. Since learning of the incident, we have conducted a thorough investigation and determined that, between May 28, 2023, and May 30, 2023, unauthorized individuals accessed a TD Ameritrade application of the MOVEit Transfer software and stole data. No other TD Ameritrade systems or data were impacted, and all systems are operating normally. The results of our investigation have indicated that some of your personal information was included in the incident.

### What information was involved?

The affected information included your name and Social Security number, and also may have included one or more of the following: financial account information, date of birth, government identification numbers, or other personal identifiers.

### What we are doing.

Upon learning of the incident, we promptly halted any use of MOVEit Transfer. We also thoroughly investigated the incident in close consultation with independent experts and notified and have been working with law enforcement.

We are committed to safeguarding your accounts and the privacy of your information. One way we demonstrate our commitment is via TD Ameritrade's Asset Protection Guarantee: TD Ameritrade will cover losses in any of your TD Ameritrade accounts due to unauthorized activity. You can call us at any time at 800-669-3900. If you are calling from outside the United States, you can reach us at 800-368-3668. Clients of TD Ameritrade Singapore call +65 6823 2250.

In addition, we are offering two years of credit monitoring and identity protection services from IdentityForce® at no cost to you. To enroll, please follow the instructions included in Attachment A. Please note that the deadline to enroll is July 7, 2025.

tdameritrade.com

And as always, whenever you call us or visit us online, we'll verify your identity before any sensitive information is discussed. We hope this provides some peace of mind regarding the ongoing security of your information.

**What you can do.**

The highest levels of security are only possible when we work together. Regardless of whether you elect to enroll in the IdentityForce® services, we strongly recommend you remain vigilant and review the "Additional Information" enclosed in Attachment B for additional steps you can take to protect your information, including:

- Regularly monitoring your account(s) for unusual activity
- Reviewing and monitoring free credit reports

You can find more information about how to take these steps by visiting https://www.tdameritrade.com/security.html.

**For more information.**

The security of your information is a top priority for TD Ameritrade, and we are available to assist you. We are grateful for the trust that our clients place in us and are sorry for any concern this information may have caused. If you have any questions or concerns, please call us at 800-669-3900. We're available 24 hours a day, seven days a week. If you are calling from outside the United States, you can reach us at 800-368-3668. Clients of TD Ameritrade Singapore call +65 6823 2250.

Sincerely,
TD Ameritrade Client Services

TD Ameritrade, Inc., member FINRA/SIPC, a subsidiary of The Charles Schwab Corporation. TD Ameritrade is a trademark jointly owned by TD Ameritrade IP Company, Inc., and The Toronto-Dominion Bank. ©2023 Charles Schwab & Co. Inc. All rights reserved.

TD Ameritrade Singapore Pte. Ltd. (Reg. No. 200902152D) is licensed by the Monetary Authority of Singapore and does not provide tax, legal or investment advice or recommendations. TD Ameritrade Singapore Pte. Ltd. is a subsidiary of The Charles Schwab Corporation.

Products and services offered in Singapore are provided by TD Ameritrade Singapore Pte. Ltd. and nothing in the published material is an offer or solicitation to conduct business in any other jurisdiction. TD Ameritrade Singapore Pte. Ltd. trading as TD Ameritrade.

TDA 1003030 L 07/23



Verification Code: ████

## Attachment A: IdentityForce Identity Theft Protection

### About the IdentityForce Identity Theft Protection product

TransUnion's IdentityForce identity theft protection will "alert" you to changes to your credit report and help you understand the content of your credit report at the three major credit-reporting agencies. Should you become a victim of identity theft, you will be provided with fully managed restoration services. Note: You must be over age 18 with a credit file in order to take advantage of the product.

**IdentityForce provides you with the following features and benefits:**

Comprehensive credit report monitoring and automated alerts of key changes to your TransUnion, Experian, and Equifax credit reports

- 3-in-1 Credit Report available immediately upon enrollment
- Up to $1 million in identity theft insurance with $0 deductible
- Fully managed restoration services for victims of identity theft
- 24/7 live agent Customer Service to provide personalized identity theft victim assistance and answer all your questions

### Enroll online or over the phone

To sign up online go to **https://secure.identityforce.com/benefit/schwab** and complete these steps:

**Landing Page:** Enter your name, email, and verification code and click "Enroll Now".

**Complete Account Activation:** Complete the form with your required information (i.e., name, Social Security number, date of birth, and home address).

**Account Security:**

- Create a case-sensitive password and choose a secret question and case-sensitive answer.
- Select whether you would like to receive mobile text alerts.
- Two-factor authentication is required for setup. Select the method to receive the two-factor authentication code and once received, enter the code in the appropriate field.

**Dashboard:** Once the first three steps are complete, you will see your account dashboard. Click the "My Services" tab to activate services.

**Credit Monitoring and Report:** In order to access your Credit Report and activate credit monitoring, you will have to answer up to four security questions to verify your identity.

Should you choose to sign up via phone, please contact IdentityForce Member Services at 877-694-3367. Representatives are available 24/7. You will need the Verification Code listed above.

## Attachment B: Additional Information

To protect against possible fraud, identity theft, or other financial loss, we encourage you to remain vigilant, to review your account statements, and to monitor your credit reports. Provided below are the names and contact information for the three major U.S. credit bureaus and additional information about steps you can take to obtain a free credit report and place a fraud alert or a security freeze on your credit report. If you believe you are a victim of fraud or identity theft, you should consider contacting your local law enforcement agency, your state's Attorney General, or the Federal Trade Commission.

### Information on obtaining a free credit report

U.S. residents are entitled under U.S. law to one free credit report annually from each of the three major credit bureaus. To order your free credit reports, visit www.annualcreditreport.com or call toll-free 1-877-322-8228.

### Information on implementing a fraud alert, credit freeze, or credit lock

To place a fraud alert, credit freeze, or credit lock on your credit report, you must contact the three consumer reporting agencies below:

Equifax:
Equifax Information Services LLC
P.O. Box 105788
Atlanta, GA 30348
1-888-298-0045
www.equifax.com

Experian:
Credit Fraud Center
P.O. Box 9554
Allen, TX 75013
1-888-397-3742
www.experian.com

TransUnion:
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19022-2000
1-800-680-7289
www.transunion.com

**Fraud Alert:** Consider contacting the three major consumer reporting agencies at the addresses above to place a fraud alert on your credit report. A fraud alert indicates to anyone requesting your credit file that you suspect you are a possible victim of fraud. A fraud alert does not affect your ability to get a loan or credit. Instead, it alerts a business that your personal information might have been compromised and requires that business to verify your identity before issuing you credit. Although this may cause some short delay if you are the one applying for the credit, it might protect against someone else obtaining credit in your name.

To place a fraud alert, contact any of the three major consumer reporting agencies listed above and request that a fraud alert be put on your file. The agency that you contacted must notify the other two agencies. A fraud alert is free and lasts 90 days, but can be renewed.

**Credit Freeze:** A credit freeze prohibits a consumer reporting agency from releasing any information from a consumer's credit report until the freeze is lifted. When a credit freeze is in place, no one—including you—can open a new account. As a result, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing, or other services.

Placing a credit freeze is free. To place a credit freeze, contact all three consumer reporting agencies listed above and provide the personal information required by each agency to place a freeze, which may include:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);

2. Social Security Number;

3. Date of birth;

4. If you have moved in the past five (5) years, the addresses where you have lived over the prior five years;

5. Proof of current address, such as a current utility bill or telephone bill;

6. A legible photocopy of a government-issued identification card (state driver's license or ID card, military identification, etc.); and

7. If you are a victim of identity theft, a copy of either a police report, investigative report, or complaint to a law enforcement agency concerning identity theft.

When you place a credit freeze, you will be provided a PIN to lift temporarily or remove the credit freeze. A credit freeze generally lasts until you lift or remove it, although in some jurisdictions it will expire after seven years.

**Credit Lock:** Like a credit freeze, a credit lock restricts access to your credit report and prevents anyone from opening an account until unlocked. Unlike credit freezes, your credit can typically be unlocked online without delay. To lock your credit, contact all three consumer reporting agencies listed above and complete a credit lock agreement. The cost of a credit lock varies by agency, which typically charges monthly fees.

You may also contact the U.S. Federal Trade Commission ("FTC") for further information on fraud alerts, credit freezes, credit locks, and how to protect yourself from identity theft. The FTC can be contacted at 400 7th St. SW, Washington, DC 20024; 1-877-382-4357; or www.consumer.gov/idtheft.

## ADDITIONAL RESOURCES

Your state Attorney General may also have advice on preventing identity theft, and you should report instances of known or suspected identity theft to law enforcement, your state Attorney General, or the FTC.

**District of Columbia Residents:** The Attorney General can be contacted at the Office of the Attorney General, 441 4th Street NW, Washington, DC 20001; 1-202-727-3400; or https://oag.dc.gov/.

**Maryland Residents:** The Attorney General can be contacted at Office of Attorney General, 200 St. Paul Place, Baltimore, MD 21202; 1-888-743-0023; or https://www.marylandattorneygeneral.gov/.

**New York Residents:** The Attorney General can be contacted at 1-800-771-7755 or https://ag.ny.gov/. The Department of State Division of Consumer Protection can be contacted at 1-800-697-1220 or https://dos.ny.gov/.

**North Carolina Residents:** The Attorney General can be contacted at 9001 Mail Service Center, Raleigh, NC 27699-9001; 1-919-716-6400; or http://www.ncdoj.gov.

**New Mexico Residents:** You have rights under the federal Fair Credit Reporting Act (FCRA), which governs the collection and use of information pertaining to you by consumer reporting agencies. For more information about your rights under the FCRA, please visit www.ftc.gov.

**Rhode Island Residents:** The Attorney General can be contacted at 1-401-274-4400 or http://www.riag.ri.gov/. You may also file a police report by contacting local or state law enforcement agencies.